IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN WESLEY GREEN | ) |
| | ) |
| v. | ) |
| | ) |
| METROPOLITAN GOVERNMENT | ) |
| OF NASHVILLE AND DAVIDSON | ) NO. 3-6-1216 |
| COUNTY | ) JUDGE CAMPBELL |
| | ) |
| v. | ) |
| | ) |
| BOULT, CUMMINGS, CONNERS | ) |
| & BERRY, PLC | ) |

ORDER

Pending before the Court are the following Motions: Plaintiff's Motion for Partial Summary Judgment (Docket No. 127); Defendants' and Third-Party Defendants' Motion for Summary Judgment (Docket No. 129); Defendants' and Third-Party Defendants' Motion to Strike (Docket No. 139); Plaintiff's Motion to Allow Amended Statement of Additional Facts (Docket No. 149); and Plaintiff's Motion to Accept "Late-Filed" Exhibits (Docket No. 151).

For the reasons stated in the accompanying Memorandum, Plaintiff's Motion for Partial Summary Judgment (Docket No. 127) is DENIED; Defendants' and Third-Party Defendants' Motion for Summary Judgment (Docket No. 129) is GRANTED; Defendants' and Third-Party Defendants' Motion to Strike (Docket No. 139) is moot; Plaintiff's Motion to Allow Amended Statement of Additional Facts (Docket No. 149) is GRANTED; and Plaintiff's Motion to Accept "Late-Filed" Exhibits (Docket No. 151) is GRANTED.

Plaintiff's federal claims are DISMISSED with prejudice, and Plaintiff's state law claim is DISMISSED without prejudice. The Clerk is directed to close the file. The pretrial conference set for May 6, 2013, and the jury trial set for May 14, 2013, are canceled. Any other pending Motions

are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE